**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Dorothea Elizabeth Kucharski          CHAPTER 13
                             Debtor(s)

BKY. NO. 24-13634 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Onslow Bay Financial LLC and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
28 Oct 2024, 16:53:05, EDT

                 KML Law Group, P.C.
                 701 Market Street, Suite 5000
                 Philadelphia, PA 19106-1532
                 (215) 627-1322