08/14/2024

WHOSOEVER GOSPEL MISSION AND RES
101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

NON-NEGOTIABLE

**PAY TO THE ORDER OF**  KUCHARSKI, DOROTHEA               **NET**    $979.24

KUCHARSKI, DOROTHEA
601 MONROE AVE
GLENSIDE, PA 19038-2510

KUCHARSKI, DOROTHEA
WORKER ID : G4Z2-36
601 MONROE AVE
GLENSIDE, PA 19038-2510

| | | | |
|---|---|---|---|
| PERIOD START | 07/29/2024 | CHECK DATE | 08/14/2024 |
| PERIOD END | 08/11/2024 | CHECK NUMBER | 0 |

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | 17.00 | 72.00 | | $1,224.00 | $1,224.00 |
| **TOTAL HOURS & EARNINGS** | | $72.00 | $0.00 | $1,224.00 | $1,224.00 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $70.57 | $70.57 |
| FICA | $75.89 | $75.89 |
| MEDFICA | $17.75 | $17.75 |
| PA SUI EE | $0.86 | $0.86 |
| PHILA | $42.11 | $42.11 |
| STATE-PA | $37.58 | $37.58 |
| **TOTAL TAXES** | $244.76 | $244.76 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| **TOTAL DEDUCTIONS** | $0.00 | $0.00 |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,224.00 | $1,224.00 |
| TOTAL TAXES | $244.76 | $244.76 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| **NET PAY** | **$979.24** | |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| Sick - FT | 0.00 | 0.00 | 16.00 | 16.00 | 0.00 |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

08/21/2024

WHOSOEVER GOSPEL MISSION AND RES
101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

NON-NEGOTIABLE

| PAY TO THE ORDER OF | KUCHARSKI, DOROTHEA | NET | $1,000.00 |

KUCHARSKI, DOROTHEA
601 MONROE AVE
GLENSIDE, PA 19038-2510

KUCHARSKI, DOROTHEA

WORKER ID :   G4Z2-36

601 MONROE AVE
GLENSIDE, PA 19038-2510

| PERIOD START | 08/20/2024 | CHECK DATE | 08/21/2024 |
|---|---|---|---|
| PERIOD END | 08/20/2024 | CHECK NUMBER | 0 |

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | | | | $0.00 | $1,224.00 |
| BONUS$ | | | | $1,252.10 | $1,252.10 |
| TOTAL HOURS & EARNINGS | | $0.00 | $0.00 | $1,252.10 | $2,476.10 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $73.94 | $144.51 |
| FICA | $77.63 | $153.52 |
| MEDFICA | $18.15 | $35.90 |
| PA SUI EE | $0.87 | $1.73 |
| PHILA | $43.07 | $85.18 |
| STATE-PA | $38.44 | $76.02 |
| TOTAL TAXES | $252.10 | $496.86 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| Sick - FT | 0.00 | 0.00 | 16.00 | 16.00 | 0.00 |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,252.10 | $2,476.10 |
| TOTAL TAXES | $252.10 | $496.86 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,000.00 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

08/28/2024

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

NON-NEGOTIABLE

| PAY TO THE ORDER OF | KUCHARSKI, DOROTHEA | NET | $1,079.58 |

KUCHARSKI, DOROTHEA
601 MONROE AVE
GLENSIDE, PA 19038-2510

KUCHARSKI, DOROTHEA

WORKER ID :  G4Z2-36

601 MONROE AVE
GLENSIDE, PA 19038-2510

| | | | |
|---|---|---|---|
| PERIOD START | 08/12/2024 | CHECK DATE | 08/28/2024 |
| PERIOD END | 08/25/2024 | CHECK NUMBER | 0 |

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | 17.00 | 78.25 | | $1,330.25 | $2,554.25 |
| BONUS$ | | | | $0.00 | $1,252.10 |
| SICK | 17.00 | | 1.75 | $29.75 | $29.75 |
| **TOTAL HOURS & EARNINGS** | | $78.25 | $1.75 | $1,360.00 | $3,836.10 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $86.89 | $231.40 |
| FICA | $84.32 | $237.84 |
| MEDFICA | $19.72 | $55.62 |
| PA SUI EE | $0.96 | $2.69 |
| PHILA | $46.78 | $131.96 |
| STATE-PA | $41.75 | $117.77 |
| **TOTAL TAXES** | $280.42 | $777.28 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| **TOTAL DEDUCTIONS** | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| Sick - FT | 0.00 | 1.75 | 14.25 | 16.00 | 1.75 |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,360.00 | $3,836.10 |
| TOTAL TAXES | $280.42 | $777.28 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,079.58 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

09/11/2024

WHOSOEVER GOSPEL MISSION AND RES
101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

NON-NEGOTIABLE

| PAY TO THE ORDER OF | KUCHARSKI, DOROTHEA | NET | $1,079.59 |

KUCHARSKI, DOROTHEA
601 MONROE AVE
GLENSIDE, PA 19038-2510

KUCHARSKI, DOROTHEA

WORKER ID : G4Z2-36

601 MONROE AVE
GLENSIDE, PA 19038-2510

| | | | |
|---|---|---|---|
| PERIOD START | 08/26/2024 | CHECK DATE | 09/11/2024 |
| PERIOD END | 09/08/2024 | CHECK NUMBER | 0 |

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | 17.00 | 77.50 | | $1,317.50 | $3,871.75 |
| BONUS$ | | | | $0.00 | $1,252.10 |
| SICK | 17.00 | | 2.50 | $42.50 | $72.25 |
| **TOTAL HOURS & EARNINGS** | | $77.50 | $2.50 | $1,360.00 | $5,196.10 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $86.89 | $318.29 |
| FICA | $84.32 | $322.16 |
| MEDFICA | $19.72 | $75.34 |
| PA SUI EE | $0.95 | $3.64 |
| PHILA | $46.78 | $178.74 |
| STATE-PA | $41.75 | $159.52 |
| **TOTAL TAXES** | $280.41 | $1,057.69 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| **TOTAL DEDUCTIONS** | $0.00 | $0.00 |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| Sick - FT | 0.00 | 2.50 | 11.75 | 16.00 | 4.25 |

| | | |
|---|---|---|
| TOTAL EARNINGS | $1,360.00 | $5,196.10 |
| TOTAL TAXES | $280.41 | $1,057.69 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,079.59 | |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals

09/25/2024

WHOSOEVER GOSPEL MISSION AND RES
101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

NON-NEGOTIABLE

| PAY TO THE ORDER OF | KUCHARSKI, DOROTHEA | NET | $1,079.59 |

KUCHARSKI, DOROTHEA
601 MONROE AVE
GLENSIDE, PA 19038-2510

KUCHARSKI, DOROTHEA

WORKER ID : G4Z2-36

601 MONROE AVE
GLENSIDE, PA 19038-2510

| PERIOD START | 09/09/2024 | CHECK DATE | 09/25/2024 |
| PERIOD END | 09/22/2024 | CHECK NUMBER | 0 |

WHOSOEVER GOSPEL MISSION AND RES

101 EAST CHELTEN AVENUE
PHILADELPHIA, PA 19144-2132

(215) 820-7203

EMPLOYER MEMO:

| EARNINGS TYPE | RATE | WORKED | TIME OFF | CURRENT | YTD |
|---|---|---|---|---|---|
| REGULAR - HRLY | 17.00 | 80.00 | | $1,360.00 | $5,231.75 |
| BONUS$ | | | | $0.00 | $1,252.10 |
| SICK | | | | $0.00 | $72.25 |
| TOTAL HOURS & EARNINGS | | $80.00 | $0.00 | $1,360.00 | $6,556.10 |

| TAXES TYPE | CURRENT | YTD |
|---|---|---|
| FED WTH | $86.89 | $405.18 |
| FICA | $84.32 | $406.48 |
| MEDFICA | $19.72 | $95.06 |
| PA SUI EE | $0.95 | $4.59 |
| PHILA | $46.78 | $225.52 |
| STATE-PA | $41.75 | $201.27 |
| TOTAL TAXES | $280.41 | $1,338.10 |

| DEDUCTIONS TYPE | CURRENT | YTD |
|---|---|---|
| TOTAL DEDUCTIONS | $0.00 | $0.00 |

| | CURRENT | YTD |
|---|---|---|
| TOTAL EARNINGS | $1,360.00 | $6,556.10 |
| TOTAL TAXES | $280.41 | $1,338.10 |
| TOTAL DEDUCTIONS | $0.00 | $0.00 |
| NET PAY | $1,079.59 | |

| TIME OFF TYPE | EARNED | USED | AVAILABLE | EARNED YTD | USED YTD |
|---|---|---|---|---|---|
| Sick - FT | 0.00 | 0.00 | 11.75 | 16.00 | 4.25 |

*Non-Cash Earnings are not included in the Net Pay amount, but are included in the Earnings Period and YTD Totals