UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RE: Dorothea Elizabeth Kucharski,<br>　　　　　Debtor | BK NO. 24-13634-amc |
| Onslow Bay Financial LLC<br>　　　　　Movant | Chapter 13 |
| | Hearing Date:  01/15/2025 |
| vs. | |
| Dorothea Elizabeth Kucharski,<br>　　　　　Respondents | |
| Scott F. Waterman,<br>Trustee | |

## OBJECTION OF ONSLOW BAY FINANCIAL LLC TO CONFIRMATION OF CHAPTER 13 PLAN

　　Onslow Bay Financial LLC (hereinafter Secured Creditor), objects to confirmation of Debtor's Chapter 13 Plan and asserts in support of its Objection as follows:

　　1.　　Debtor's Plan does not treat Creditor's prepetition arrearage claim of $7,945.60 as set forth in its Proof of Claim filed in this case on November 18, 2024, as claim (4).

　　2.　　Accordingly, Confirmation of the Plan should be denied until Debtor amends the Plan to properly treat Creditor's claim.

　　3.　　Creditor reserves the right to raise any failure of Debtor to timely make all payments under the Plan or required by the Plan, if at the time of the confirmation hearing that appears to be the case.

　　4.　　WHEREFORE, the Secured Creditor, Onslow Bay Financial LLC, prays that the Court deny confirmation of the Debtor's Plan.

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Date: December 10, 2024

　　　　　　　　　　　　　　　　　　　/s/Brian  Nicholas_____
　　　　　　　　　　　　　　　　　　　Brian  Nicholas
　　　　　　　　　　　　　　　　　　　Attorney for Creditor
　　　　　　　　　　　　　　　　　　　McCalla Raymer Leibert Pierce, LLC
　　　　　　　　　　　　　　　　　　　325 Chestnut Street, Suite 725
　　　　　　　　　　　　　　　　　　　Philadelphia, Pennsylvania, 19106
　　　　　　　　　　　　　　　　　　　8489994640

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**RE: Dorothea Elizabeth Kucharski**

        **Debtor**

CHAPTER 13
BK. NO. 24-13634-AMC

**Onslow Bay Financial LLC**

        **Movant**

      **vs.**

**Dorothea Elizabeth Kucharski**
**Scott F. Waterman, Trustee**

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **December 10, 2024.**

**Chapter 13 Trustee**
Scott F. Waterman [Chapter 13]
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
VIAECF

**Attorney for Debtor**
Joseph L Quinn
Ross, Quinn & Ploppert, P.C.
192 S. Hanover Street
Suite 101
Pottstown, PA 19464
VIAECF

**Debtor**
Dorothea Elizabeth Kucharski
601 Monroe Avenue
Glenside, PA 19038
VIA U.S. MAIL

Dated: December 10, 2024

                                                                     By: */s/Brian Nicholas*

                                                                     Brian Nicholas
                                                                     Attorney for Movant