# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Dorothea Elizabeth Kucharski, | : | Chapter 13 |
| Debtor | : | Case No.: 24-13634-amc |

## CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed December 12, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on December 12, 2024:*

Bridgecrest Credit Company, LLC
as Agent and Servicer for Carvana, LLC
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

All creditors not otherwise served via ECF.

*Via Electronic Filing (ECF) on December 12, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Onslow Bay Financial LLC
bkgroup@kmllawgroup.com

Brian Craig Nicholas, Esquire on behalf of Onslow Bay Financial LLC
brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

By: /s/ *Joseph Quinn*
Joseph Quinn, Esquire
Attorney I.D. No. 307467
192 S. Hanover Street, Suite 101
Pottstown, PA 19464
T: 610.323.5300
F: 610.323.6081
jquinn@rqplaw.com

Date: December 12, 2024        Counsel for Debtor