**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  Dorothea Elizabeth Kucharski,        :        Chapter 13
           Debtor        :        Case No.:  24-13634-amc

<u>CERTIFICATE OF SERVICE</u>

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed Second Amended Chapter 13 Plan dated and docketed December 19, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on December 19, 2024:*

Carvana, LLC / Bridgecrest
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

All creditors not otherwise served via ECF.

*Via Electronic Filing (ECF) on December 19, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Onslow Bay Financial LLC
bkgroup@kmllawgroup.com

Brian Craig Nicholas, Esquire on behalf of Onslow Bay Financial LLC
brian+ecf@briannicholas.com, mccallaecf@ecf.courtdrive.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**ROSS, QUINN & PLOPPERT, P.C.**

|  |  |
|---|---|
|  | By:   */s/ Joseph Quinn*<br>Joseph Quinn, Esquire<br>Attorney I.D. No. 307467<br>192 S. Hanover Street, Suite 101<br>Pottstown, PA 19464<br>T: 610.323.5300<br>F: 610.323.6081<br>jquinn@rqplaw.com |
| Date:  December 19, 2024 | Counsel for Debtor |