Certificate Number: 05781-PAE-DE-039227077

Bankruptcy Case Number: 24-13634



05781-PAE-DE-039227077

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2025, at 4:41 o'clock PM PST, Dorothea Kucharski completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 9, 2025           By:     /s/Allison M Geving

                                  Name:   Allison M Geving

                                  Title:  President