United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13634-amc |
| Dorothea Elizabeth Kucharski | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 13, 2025 | Form ID: 155 | Total Noticed: 36 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dorothea Elizabeth Kucharski, 601 Monroe Avenue, Glenside, PA 19038-2510 |
| 14935026 | + | Amanda Kucharski, 601 Monroe Avenue, Glenside, PA 19038-2510 |
| 14935027 | | Bmoharrisbk/Thd/Greens, 1797 Northeast Expy NE, Atlanta, GA 30329-7803 |
| 14935038 | | Elan Financial Service, Saint Louis, MO 63166 |
| 14942879 | | Home Depot Loan, PO Box 2730, Alpharetta, GA 30023-2730 |
| 14943074 | + | Home Depot Loan, 6125 Lakeview Rd Suite 800, Charlotte, NC 28269-2605 |
| 14935039 | + | Jefferson-Solis Mammography, 2701 Blair Mill Rd Unit 4, Willow Grove, PA 19090-1041 |
| 14940471 | + | Onslow Bay Financial LLC., c/o Denise Carlon,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14935046 | + | Wyncote Family Medicine, 8250 Old York Rd 2nd Floor, Elkins Park, PA 19027-1514 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14935027 | | Email/Text: bankruptcy@greenskycredit.com | Mar 14 2025 01:22:00 | Bmoharrisbk/Thd/Greens, 1797 Northeast Expy NE, Atlanta, GA 30329-7803 |
| 14935028 | | Email/Text: rm-bknotices@bridgecrest.com | Mar 14 2025 01:23:00 | Bridgecrest Acceptance Corp, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14935029 | | Email/Text: rm-bknotices@bridgecrest.com | Mar 14 2025 01:23:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 14935783 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 02:13:51 | Bridgecrest Credit Company, LLC as Agent, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14935031 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 00:57:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14935030 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 14 2025 01:09:19 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14961893 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 14 2025 01:08:54 | Carvana, LLC / Bridgecrest c/o AIS Portfolio Servi, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14935033 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:58:08 | Cbna, Attn: Centralized BankruptcyDept, PO Box 790034, Saint Louis, MO 63179-0034 |
| 14935032 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 01:32:01 | Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14935035 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:57:39 | Citibank/the Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 14935034 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 14 2025 00:58:34 | Citibank/the Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14940921 | | Email/Text: mrdiscen@discover.com | Mar 14 2025 01:21:00 | Discover Bank, PO Box 3025, New Albany, OH |

| Recip ID | Bypass/Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | 43054-3025 |
| 14935036 | Email/Text: mrdiscen@discover.com | Mar 14 2025 01:21:00 | Discover Financial, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 14935037 | Email/Text: mrdiscen@discover.com | Mar 14 2025 01:21:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14942879 | Email/Text: bankruptcy@greenskycredit.com | Mar 14 2025 01:22:00 | Home Depot Loan, PO Box 2730, Alpharetta, GA 30023-2730 |
| 14959788 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2025 01:22:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14960202 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 14 2025 01:22:00 | Jefferson Capital Systems, LLC, PO Box 772813, Chicago IL 60677-2813 |
| 14935041 | Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2025 01:21:00 | Kohl's, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 14935040 | Email/Text: PBNCNotifications@peritusservices.com | Mar 14 2025 01:21:00 | Kohl's, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14938164 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 00:58:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14935042 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Mr. Cooper, 350 Highland St, Houston, TX 77009-6623 |
| 14935043 | Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Mrc/United Wholesale M, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 14940346 | ^ MEBN | Mar 14 2025 00:33:31 | Onslow Bay Financial LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14938153 | + Email/Text: BankruptcyECFMail@mccalla.com | Mar 14 2025 01:22:00 | Onslow Bay Financial LLC, c/o McCalla Raymer Leibert Pierce LLC, Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 14947391 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14947339 | + Email/Text: nsm_bk_notices@mrcooper.com | Mar 14 2025 01:21:00 | Onslow Bay Financial LLC, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14960757 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 14 2025 01:32:01 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14935044 | + Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 01:51:54 | Synchrony Bank/Jcpenney, PO Box 71729, Philadelphia, PA 19176-1729 |
| 14935045 | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 14 2025 01:10:03 | Synchrony Bank/Jcpenney, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14959671 | *+ | Onslow Bay Financial LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 13, 2025 | Form ID: 155 | Total Noticed: 36 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2025 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Onslow Bay Financial LLC brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Onslow Bay Financial LLC bkgroup@kmllawgroup.com

JOSEPH L QUINN
    on behalf of Debtor Dorothea Elizabeth Kucharski CourtNotices@rqplaw.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>   Dorothea Elizabeth Kucharski<br><br>   Debtor(s). | Case No. 24−13634−amc<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: March 12, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court