| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-13634-AMC

| | |
|---|---|
| Dorothea Elizabeth Kucharski | Petition Filed Date: 10/10/2024 |
| 601 Monroe Avenue | 341 Hearing Date: 11/15/2024 |
| Glenside  PA   19038 | Confirmation Date: 03/12/2025 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 11/19/2024 | $190.00 | | 12/17/2024 | $190.00 | | 01/17/2025 | $273.00 | |
| 02/18/2025 | $273.00 | | 03/17/2025 | $273.00 | | 04/17/2025 | $273.00 | |
| 05/19/2025 | $273.00 | | 06/18/2025 | $273.00 | | 07/17/2025 | $273.00 | |

Total Receipts for the Period: $2,291.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $2,564.00

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,120.00 | $2,380.99 | $1,739.01 |
| 1 | LVNV FUNDING LLC »» 001 | Unsecured Creditors | $808.30 | $0.00 | $808.30 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $6,890.91 | $0.00 | $6,890.91 |
| 3 | HOME DEPOT LOAN #3877 »» 003 | Unsecured Creditors | $5,906.17 | $0.00 | $5,906.17 |
| 4 | NATIONSTAR MORTGAGE LLC »» 004 | Mortgage Arrears | $7,945.60 | $0.00 | $7,945.60 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC »» 005 | Unsecured Creditors | $891.78 | $0.00 | $891.78 |
| 6 | RESURGENT RECEIVABLES LLC »» 006 | Unsecured Creditors | $3,122.04 | $0.00 | $3,122.04 |
| 7 | RESURGENT RECEIVABLES LLC »» 007 | Unsecured Creditors | $3,560.71 | $0.00 | $3,560.71 |
| 8 | CARVANA, LLC/BRIDGECREST »» 08S | Secured Creditors | $434.00 | $0.00 | $434.00 |
| 9 | CARVANA, LLC/BRIDGECREST »» 08U | Unsecured Creditors | $3,467.89 | $0.00 | $3,467.89 |
| 10 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WYNCOTE FAMILY MEDICINE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13634-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,564.00 | Current Monthly Payment: | $271.00 |
| Paid to Claims: | $2,380.99 | Arrearages: | ($16.00) |
| Paid to Trustee: | $183.01 | Total Plan Base: | $13,930.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.