Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Dorothea Elizabeth Kucharski
601 Monroe Avenue
Glenside, PA 19038

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-13634-AMC**

Petition Filed Date: 10/10/2024
341 Hearing Date: 11/15/2024
Confirmation Date: 03/12/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $273.00 | | 09/17/2025 | $273.00 | | 10/20/2025 | $273.00 | |
| 11/18/2025 | $273.00 | | 12/17/2025 | $273.00 | | 01/20/2026 | $273.00 | |
| 02/18/2026 | $273.00 | | 03/17/2026 | $273.00 | | 04/17/2026 | $273.00 | |
| 05/18/2026 | $273.00 | | 06/17/2026 | $273.00 | | 07/17/2026 | $273.00 | |

**Total Receipts for the Period: $3,276.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $5,840.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $4,120.00 | $4,120.00 | $0.00 |
| 1 | LVNV FUNDING LLC<br>»» 001 | Unsecured Creditors | $808.30 | $0.00 | $808.30 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $6,890.91 | $0.00 | $6,890.91 |
| 3 | HOME DEPOT LOAN #3877<br>»» 003 | Unsecured Creditors | $5,906.17 | $0.00 | $5,906.17 |
| 4 | NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>»» 004 | Mortgage Arrears | $7,945.60 | $1,223.90 | $6,721.70 |
| 5 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 005 | Unsecured Creditors | $891.78 | $0.00 | $891.78 |
| 6 | RESURGENT RECEIVABLES LLC<br>»» 006 | Unsecured Creditors | $3,122.04 | $0.00 | $3,122.04 |
| 7 | RESURGENT RECEIVABLES LLC<br>»» 007 | Unsecured Creditors | $3,560.71 | $0.00 | $3,560.71 |
| 8 | CARVANA, LLC/BRIDGECREST<br>»» 08S | Secured Creditors | $434.00 | $66.85 | $367.15 |
| 9 | CARVANA, LLC/BRIDGECREST<br>»» 08U | Unsecured Creditors | $3,467.89 | $0.00 | $3,467.89 |
| 10 | CAPITAL ONE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | WYNCOTE FAMILY MEDICINE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-13634-AMC**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,840.00 | Current Monthly Payment: | $271.00 |
| Paid to Claims: | $5,410.75 | Arrearages: | ($40.00) |
| Paid to Trustee: | $429.25 | Total Plan Base: | $13,930.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.